Steve STONE, Petitioner–Appellant,

v.

STATE OF OHIO; Joann F. Scott, Respondents–Appellees.

No. 03–1682.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 10, 2003.

Decided Oct. 10, 2003.

Steve Stone, Appellant Pro Se.

Before WIDENER, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM:

Steve Stone appeals the district court's order dismissing this case pursuant to the domestic relations exception to federal diversity jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Stone v. Ohio,* No. CA–03–19 (W.D.N.C. filed May 16, 2003; entered May 19, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*